```
HEATHER NICOLE TASSIN
10166 PATRICK DR
GULFPORT, MS 39503



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054



FLORIDA STATE UNI
ATTN: BANKRUPTCY
P.O. BOX 182499
TALLAHASSEE, FL 32318



JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203



NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119



PEN AIR FCU
1495 E. NINE MILE RD
PENSACOLA, FL 32514
```