Certificate Number: 17082-MSS-DE-039758235

Bankruptcy Case Number: 25-50768



17082-MSS-DE-039758235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2025, at 1:33 o'clock PM MST, HEATHER TASSIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: June 11, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director