UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISIONAL OFFICE

IN RE:

HEATHER NICOLE TASSIN,

    Debtor.

_____/

CASE NO.  25-50768-KMS

CHAPTER 7

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and 11 U.S.C §342(f)(1), CHAMPIONS FIRST CREDIT UNION F/K/A FSU CREDIT UNION hereby files its Request for Notice in the above-captioned case.  The undersigned attorney for CHAMPIONS FIRST CREDIT UNION F/K/A FSU CREDIT UNION requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this 17th day of June, 2025.

    /s/ JAMES E. SORENSON
JAMES E. SORENSON (FL Bar #0086525)
D. TYLER VAN LEUVEN (FL Bar #0178705)
J. BLAIR BOYD (FL Bar #28840) &
STEPHEN A. ORSILLO (FL Bar # 89377)
Sorenson Van Leuven, PLLC.
Post Office Box 3637
Tallahassee, Florida 32315-3637
Telephone (850) 388-0500
Facsimile (850) 391-6800
bk@svllaw.com
Attorneys for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request for Notice has been furnished to Heather Nicole Tassin, 10166 Patrick Drive, Gulfport, MS 39503, Debtor, Thomas Carl Rollins, Jr, Post Office BOX 13767, Jackson, MS 39236, Attorney for Debtor, and George Adam Sanford, 1 Stonegate Drive, Suite B, Brandon, MS 39042, Trustee, by electronic means or U.S. Mail on this 17th day of June, 2025.

    /s/ JAMES E. SORENSON
    Attorney